No. 601. CHANSLOR-CANFIELD MIDWAY OIL COMPANY ET AL. *v.* UNITED STATES. Appeal from the Circuit Court of Appeals for the Ninth Circuit. Motion to remand submitted December 6, 1920. Decided December 13, 1920. Joint motion of Recovery Oil Compny and the United

254 U. S. Cases Disposed of Without Consideration by the Court.

States that this cause be remanded to the District Court of the United States for the Southern District of California to carry into effect the settlement of the case reached pursuant to Act of Congress of February 25, 1920, granted. *Mr. Peter F. Dunne* and *Mr. U. T. Clotfelter* for appellants. *The Solicitor General* for the United States.